**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

BILLY F.,

Plaintiff,

v. CIVIL ACTION NO. 2:25-cv-677

FRANK BISIGNANO
Commissioner of Social Security,

Defendant.

**MEMORANDUM OPINION AND ORDER**

This action is referred to United States Magistrate Judge James P. Mazzone for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. *See also* [ECF No. 10] (Clerk's Order transferring the case from Magistrate Judge Joseph K. Reeder to Magistrate Judge Mazzone). On September 9, 2026, Magistrate Judge Mazzone submitted his Proposed Findings & Recommendations, [ECF No. 11], ("PF&R") and recommended that the court deny Claimant's request for reversal, an award of benefits, or remand; grant the Commissioner's request to affirm, affirm the Commissioner's final decision; and dismiss this action and remove it from the court's docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. Accordingly, Claimant's request for reversal, an award of benefits, or remand is **DENIED**, [ECF No. 6]; the Commissioner's request to affirm the decision is **GRANTED**, [ECF No. 7]; the final decision of the Commissioner is **AFFIRMED**; and this action is **DISMISSED** and removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER: September 29, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE